# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHELYN HOLMES,<br><br>　　　　　Plaintiff,<br>v.<br><br>RETRIEVAL-MASTERS CREDITORS BUREAU, INC.<br><br>　　　　　Defendants. | Civil No. 09cv2835 WQH (NLS)<br><br>**NOTICE AND ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING** *TELEPHONIC* **SETTLEMENT DISPOSITION CONFERENCE** |

The parties have filed a notice of settlement. Therefore, the court **VACATES** the Early Neutral Evaluation conference currently set for April 19, 2010 and **SETS** a *telephonic* Settlement Disposition Conference on **April 23, 2010, at 9:30 a.m.** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the appropriate dismissal papers are filed prior to that time.

DATED: March 8, 2010

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Nita L. Stormes
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court