Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHELYN HOLMES, | Case No. 3:09-CV-02835-WQH-NLS |
| Plaintiff, | **JOINT REQUEST TO DISMISS WITH PREJUDICE** |
| vs. | |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 14th day of April, 2010

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Sean P. Flynn
Ropers, Majeski, Kohn & Bentley
Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 14th day of April, 2010, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Sean P. Flynn
   Ropers, Majeski, Kohn & Bentley
6  Attorney for Defendant

7

8  This 14th day of April, 2010.

9  s/Todd M. Friedman
10 Todd M. Friedman

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28