UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 APR 16 PM 4:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHELYN HOLMES, | ) Case No. 3:09-CV-02835-WQH-NLS |
| Plaintiff, | ) ORDER |
| vs. | ) |
| RETRIEVAL-MASTERS CREDITORS BUREAU, INC., | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 15 day of April, 2010.

The Honorable William Q. Hayes

Order to Dismiss - 1